UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit Case No.: 14-4184

Case Name: In re Whirlpool Corp. Front-Loading . . . .   vs. _____

Names of all Clients: (List all clients on this form, do not file a separate appearance form for each client.)

> Gina Glazer; Trina Allison

- ☑ Appellant
- ☐ Petitioner
- ☐ Amicus Curiae
- ☐ Criminal Justice Act (Appointed)
- ☐ Appellee
- ☐ Respondent
- ☐ Intervenor

Lead counsel must be designated if a party is represented by more than one attorney or law firm.   ☐ Check if you are lead counsel

**If you are substituting for another counsel, include that attorney's name here:**
_____

Name: Jerome Mayer-Cantu          Admitted: 12/15/2014
                                  (Sixth Circuit admission date only)

Signature: /s/ Jerome Mayer-Cantu

Firm Name: Lieff Cabraser Heimann & Bernstein, LLP

Business Address: 275 Battery Street

Suite: 29th Floor     City/State/Zip: San Francisco, CA 94111-3339

Telephone Number (Area Code): (415) 956-1000

Email Address: jmayercantu@lchb.com

---

CERTIFICATE OF SERVICE

I certify that on January 8, 2015 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Jerome Mayer-Cantu

---